IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LIANNE RACHEL SUMMERS,

                      Plaintiff,                      ORDER

   v.

                                              12-cv-22-wmc

MICHAEL JAMES ASTRUE,
Commissioner of Social Security,

                      Defendant.

---

On June 28, 2012, this court granted defendant's motion to amend the briefing schedule in this case so that plaintiff could supplement her brief in support on the basis of the review of the official Social Security Hearing Transcript. When plaintiff filed her original brief in support on April 27, 2012, she had not received the certified record of the administrative proceedings. Plaintiff's deadline to supplement her brief in support passed by without receipt of a supplement. As a result, defendant did not submit a brief in response and the matter was considered under advisement to the court. Now, plaintiff has filed brief in reply. This will not suffice. Defendants must be given an opportunity to provide a response to plaintiff's submission and briefing will be re-set. Accordingly, I will construe plaintiff's brief in reply to be a supplement to her brief in support and set a response deadline for defendant.

ORDER

IT IS ORDERED that the briefing dates set on June 28, 2012 are STRICKEN. Plaintiff Lianne Summers' brief in reply is construed as a supplement to her original brief in support. The new briefing schedule is as follows:

The government shall have until October 12, 2012 to submit a brief in response.

Plaintiff may have until October 29, 2012 to submit a reply brief. Submission of this reply brief is optional.

Entered this 12th day of September, 2012.

                                                BY THE COURT:

                                                /s/
                                                STEPHEN L. CROCKER
                                                Magistrate Judge