IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN



---

LIANNE RACHEL SUMMERS

(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)                                             Case No.: 12-cv-22-wmc

           Plaintiff,

vs.

CAROLYN W. COLVIN,

Acting Commissioner of Social Security,

           Defendant.

---

## NOTICE OF APPEAL

---

      Notice is hereby given that I, LIANNE RACHEL SUMMERS, hereby appeal to the United States Court of Appeals for the 7th Circuit with regard to the Judgment Order of December 13, 2013 as well as the Judge's Order denying the Motion for Reconsideration dated March 2, 2015 and the Order denying the Motion for Entry of Default dated July 23, 2013 for the above stated case entered in this action on the 14TH day of April, 2015.

*Lianne R. Summers*

Plaintiff representing myself Pro Se

Lianne Rachel Summers

N3057 County Road D

Brantwood, WI 54513

1